1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                      **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12   WALTER E. LACROIX,            )    No. CV 10-234 JHN (CW)
                                    )
13                  Petitioner,     )    ORDER ACCEPTING REPORT AND
                                    )    RECOMMENDATION OF UNITED STATES
14       v.                         )    MAGISTRATE JUDGE
                                    )
15   RICHARD HERNANDEZ (Warden),    )
                                    )
16                  Respondent.     )
     ───────────────────────────────)
17

18

19        Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the

20   entire record in this action, as well as the Report and Recommendation

21   of the United States Magistrate Judge.  No objections to the Report

22   and Recommendation have been received.

23        Accordingly, **IT IS ORDERED**: (1) that the Report and

24   Recommendation of the United States Magistrate Judge be accepted;

25   (2) that Respondent's motion to dismiss (docket no. 7, filed March 22,

26   2010) be granted; and (3) that judgment be entered dismissing the

27   petition, with prejudice, as time-barred.

28

                                     1

1        **IT IS FURTHER ORDERED** that this order and the judgment herein be

2   served on the parties.

3

4   DATED:   August 25, 2010

5

6                                        _____

7                                        JACQUELINE H. NGUYEN
                                         United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2