**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| WALTER E. LACROIX, | ) | No. CV 10-234 JHN (CW) |
|     Petitioner, | ) | JUDGMENT |
|   v. | ) | |
| RICHARD HERNANDEZ (Warden), | ) | |
|     Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, with prejudice, as untimely.

DATED: <u>August 25, 2010</u>

                                       JACQUELINE H. NGUYEN
                                       United States District Judge